O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 08-00439-SGL(OPx)                                     Date:  October 2, 2008

Title:      AMERICAN WEIGH SCALES, INC. -v- AC INTERNATIONAL CORPORATION and ZHI HUANG
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

     Jim Holmes                                      None Present
     Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                      None present

PROCEEDINGS:     NOTICE AND ORDER RESETTING TIME FOR SCHEDULING CONFERENCE  (IN CHAMBERS)

      Counsel are hereby notified that, upon the court's own motion, the scheduling conference set in this matter for November 3, 2008, at 9:30 a.m., is reset to 10:0 a.m., to be heard at the time of the evidentiary hearing on plaintiff's motion for preliminary injunction.  (see docket No. 54).

      IT IS SO ORDERED.